IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

BROOKE BURNETT                                                          PLAINTIFF

v.                          No. 3:24-cv-55-DPM

PENNYMAC LOAN SERVICES, LLC
and CHRIS EDWARD BURNETT,
Administrator of the Estate of Robert
Burnett, Deceased                                                      DEFENDANTS

## JUDGMENT

Burnett's amended complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

5 April 2024